UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY THOMAS MORIN,

                    Plaintiff,

        v.

D. WEIRICH, *et al.*,

                    Defendants.

Case No. C20-373 TSZ-MLP

REPORT AND RECOMMENDATION

        Plaintiff submitted a proposed 42 U.S.C. § 1983 civil rights complaint on March 5, 2020, while he was a prisoner at the King County Jail. (Dkt. # 1.) On March 10, 2020, the Clerk's office advised Plaintiff that he was required to either pay the requisite filing fee or submit an application to proceed *in forma pauperis* ("IFP"). (Dkt. # 2.) The Clerk's office also advised Plaintiff that failure to fix the identified deficiency by April 9, 2020 could result in dismissal of this action. (*Id.*) Plaintiff subsequently filed a number of pleadings, including a proposed motion to amend party (dkt. # 4), a notice regarding the receipt of a summons (dkt. # 5), an affidavit of service (dkt. # 6), and a declaration stating he was without funds to proceed in this matter (dkt. # 7).

On March 23, 2020, Plaintiff submitted his prison trust account statement without an IFP application. (Dkt. # 8.) The Clerk's office advised Plaintiff that he was required to submit either the filing fee or an IFP application to proceed in this matter and provided Plaintiff with a copy of an IFP application. (Dkt. # 9.) The Clerk's office also advised Plaintiff that failure to fix this deficiency by April 24, 2020 could result in dismissal of this matter. (*Id.*) On April 6, 2020, the Clerk's letter regarding this deficiency was returned as undeliverable because Plaintiff was no longer located at the King County Jail. (Dkt. # 10.) To date, Plaintiff has not paid the requisite filing fee, submitted an IFP application, or notified the Court of his current address. Accordingly, the Court recommends Plaintiff's proposed complaint (dkt. # 1) be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 22, 2020**.

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable Thomas S. Zilly.

Dated this 28th day of April, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge