UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY THOMAS MORIN,<br><br>           Plaintiff,<br><br>    v.<br><br>KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION CAPTAIN D. WEIRICH, et al,<br><br>           Defendants. | C20-373 TSZ<br><br>ORDER |

On April 28, 2020, the Honorable Michelle L. Peterson, United States Magistrate Judge, recommended that this matter be dismissed without prejudice because plaintiff had failed to file an application to proceed *in forma pauperis* ("IFP"). *See* Report and Recommendation ("R&R") (docket no. 11). The second of two notices concerning the IFP deficiency and the service copy of the R&R, which had been mailed to plaintiff at the King County Jail, were returned to the Court as undeliverable. The Court has reviewed the docket in King County Superior Court Case No. 19-1-01774-7 SEA, in which plaintiff is charged with failing to register as a sex offender, and ascertained that plaintiff was released from custody on March 20, 2020. The Court has also learned that plaintiff

is represented in the criminal proceedings by Aileen S. Tsao.  Based on this information, the Court ORDERS:

(1) The Report and Recommendation is MODIFIED in part and ADOPTED in part, as follows.  Service copies of the R&R and this Order shall be mailed to plaintiff Jeffrey Thomas Morin, care of ("c/o") Aileen S. Tsao, The Defender Association Division of the King County Department of Public Defense, Dexter Horton Building, 710 Second Avenue, Suite 700, Seattle, WA 98104-1724.  If plaintiff wishes to proceed with this case, he must file an IFP application on or before July 16, 2020.  If no IFP application is timely filed, this case will be dismissed without prejudice, and without further notice to plaintiff.

(2) The Clerk is DIRECTED to send an IFP application to plaintiff, along with the service copies of the R&R and this Order, to note this matter for July 17, 2020, and to send a copy of this Order to Magistrate Judge Peterson.

Dated this 26th day of May, 2020.

Thomas S. Zilly
United States District Judge

ORDER - 2