UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY THOMAS MORIN, | |
| Plaintiff, | |
| v. | C20-373 TSZ |
| KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION CAPTAIN D. WEIRICH, et al., | ORDER |
| Defendants. | |

By Order entered May 26, 2020, docket no. 13, the Court modified in part and adopted in part the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, docket no. 11, directed that service copies of the R&R and the May 2020 Order be mailed to plaintiff, care of his criminal defense attorney, Aileen S. Tsao, and set a deadline of July 16, 2020, for plaintiff to file in this matter an application to proceed *in forma pauperis* ("IFP").  The service copies sent to Ms. Tsao having not been returned as undeliverable, and no IFP application having been submitted, the Court ORDERS:

(1) This case is DISMISSED without prejudice; and

(2) The Clerk is DIRECTED to send a copy of this Order to all counsel of record, to plaintiff Jeffrey Thomas Morin, care of ("c/o") Aileen S. Tsao, The Defender

ORDER - 1

1  Association Division of the King County Department of Public Defense, Dexter Horton

2  Building, 710 Second Avenue, Suite 700, Seattle, WA 98104-1724, and to Magistrate

3  Judge Peterson, and to CLOSE this case.

4       IT IS SO ORDERED.

5       Dated this 6th day of August, 2020.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 2